UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LA'MAR BLESSETT,<br><br>Plaintiff,<br><br>v.<br><br>A. FOUCH, et al.,<br><br>Defendants. | No. 2:19-cv-1992 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

On June 8, 2021, the undersigned determined that plaintiff's complaint failed to state a claim upon which relief may be granted. See ECF No. 5 at 3-5. Plaintiff was granted thirty days leave to file an amended complaint. Id. Thirty days have now passed, and plaintiff has neither filed an amended complaint, nor has he responded to the court's order in any way.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice for failure to prosecute. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 19, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE